IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMIAH CARBER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNIVERSITY OF WISCONSIN-LA CROSSE**, <br><br> *Defendant.* | **Case No. 2:24-cv-01898-JDW** |

### ORDER

**AND NOW**, this 6th day of March, 2025, upon consideration of University of Wisconsin-La Crosse's Motion To Dismiss Amended Complaint (ECF No. 17) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and Mr. Carber's Amended Complaint is **DISMISSED WITH PREJUDICE** in part and **WITHOUT PREJUDICE** in part, as follows:

1. Mr. Carber's claims for due process violations are **DISMISSED WITH PREJUDICE**; and

2. All other claims are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff Jeremiah Carber's Motion In Opposition To Defendants Second Attempted: Motion To Dismiss With Prejudice (ECF No. 18), which is actually an opposition to the Defendant's motion, is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that if Mr. Carber seeks to file a Second Amended Complaint, he may file a motion for leave to do so on or before April 4, 2025. Any such motion must attach the proposed Second Amended Complaint. If Mr. Carber fails to file a proposed Second Amended Complaint, then I will assume that he intends to stand on his Amended Complaint, and I will enter an Order dismissing his claims with prejudice and closing the case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.