IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMIAH CARBER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNIVERSITY OF WISCONSIN-LA CROSSE**, <br><br> *Defendant.* | **Case No. 2:24-cv-01898-JDW** |

### ORDER

**AND NOW**, this 14th day of August, 2025, upon consideration of Defendant University Of Wisconsin-La Crosse's Motion To Dismiss Second Amended Complaint (ECF No. 26) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and Mr. Carber's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Carber's Request (ECF No. 24) is **DENIED** and the University's Motion To Strike Plaintiff's Improper Proposed Order (ECF No. 27) is **DENIED AS MOOT**.

The Clerk Of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.